IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LADELLE D. JACKSON,

    Plaintiff,                    No. CIV S-02-2756 FCD DAD P

    vs.

D.L. RUNNELLS, et al.,

    Defendants.                    ORDER
_____/

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On July 19, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  None of the parties has filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 19, 2005, are adopted in full;

2. The motions for summary judgment filed by defendant Mericle on October 12, 2004, and by defendant Baron on October 29, 2004, are granted; and

3. This action is dismissed.

DATED: August 25, 2005

                                         /s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge